**Order entered May 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00692-CV
### No. 05-13-00693-CV

**IN THE INTEREST OF N.T., A CHILD**
**IN THE INTEREST OF M.T., A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF04-10316 and DF06-08087**

## ORDER

Glenda E. Johnson's request for additional time in which to file the reporter's record in these appeals is **GRANTED**. The reporter's record is due **on or before June 11, 2013**. *See* TEX. R. APP. P. 28.4(b)(2); 35.3(c).

/s/ JIM MOSELEY
   PRESIDING JUSTICE